**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| | | |
|---|---|---|
| In re:  JACQUELINE LEE FRANKLIN,           ) | | Chapter 13 |
|                                        Debtor.           ) | | Case No. 10-61554 |
| _____) | | |

**NOTICE OF HEARING**

    PLEASE TAKE NOTICE that the Objection to Confirmation of Chapter 13 Plan filed by James Wesley Franklin, creditor, will be brought on for hearing in the United States Bankruptcy Court for the Western District of Virginia, Lynchburg Division, 1101 Court Street, Room 210, Lynchburg, Virginia, on Thursday, July 15, 2010, beginning at 9:30 a.m.

Dated: June 17, 2010                                      Respectfully submitted,

                                                                          JAMES WESLEY FRANKLIN, SR.

                                                                  By:    s/ Jennifer E. Stille
                                                                                 Of Counsel

Jennifer E. Stille, Esq. (VSB 39194)
O'KEEFFE & SPIES
828 Main Street, Suite 1803
P.O. Box 1419
Lynchburg, VA 24505
Telephone:  (434) 845-6555
Telecopier:  (434) 845-4267

## Certificate of Service

I hereby certify that on the 17th day of June, 2010, the foregoing Notice of Hearing on Objection of James Wesley Franklin, Sr. to Proposed Chapter 13 Plan and Confirmation Thereof was filed electronically with the U. S. Bankruptcy Court and was served by electronic mail pursuant to the Court's CM/ECF Noticing System, or by U.S. Mail, on the following persons:

Jacqueline Lee Franklin
P.O. Box 389
Madison Heights, VA 24572

Margaret C. Valois, Esq.
725 Church Street,
10th Floor
Lynchburg, VA 24504

Herbert L. Beskin
Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA 22902

                                                        s/ Jennifer E. Stille
                                                        Jennifer E. Stille. Esq.

S:\LTinsley\lmt03207.wpd